DEC 17 2014

# UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

| | |
|---|---|
| In re<br><br>RAUL MESA | Case No. 13-15911<br><br>Chapter 13<br><br>**NOTICE OF SATISFACTION OF PROOF OF CLAIM # 12** |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that the Proof of Claim filed by JP Morgan Chase Bank, N.A. on 07/03/2013, and assigned as Claim number 12 has been satisfied as of the date of this Notice. Accordingly, any future disbursements on Claim number 12 should cease at this time.

Dated: December __16__, 2014

Respectfully submitted,
Buckley Madole, P.C.

/s/ John J Rafferty
John J Rafferty
14841 Dallas Parkway, Suite 300
Dallas, TX 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BuckleyMadole.com
Authorized agent for JP Morgan Chase Bank, N.A.

- 1 -

- 2 -

## CERTIFICATE OF SERVICE OF NOTICE OF SATISFACTION OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the __16__ day of December, 2014 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
RAUL MESA
15399 SW 20 ST
MIAMI, FL 33185


**Debtors' Attorney**
RICARDO CORONA, ESQ.
3899 NW 7TH ST STE 202B,,
MIAMI, FL 33126

**Chapter 13 Trustee**
NANCY K. NEIDICH
PO BOX 279806
MIRAMAR, FL 33027

/s/ John J Rafferty
John J Rafferty

- 2 -