

ORDERED in the Southern District of Florida on January 14, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN RE:
RAUL MESA                                CASE NO. 13-15911-LMI
                                         CHAPTER 13

        Debtor,
_____/

### AGREED ORDER SUSTAINING IN PART OBJECTION TO CLAIM 14-2, DE #108

**THIS CAUSE** having come before the court on January 6, 2015 upon the Debtor's, RAUL MESA'S, Objection to Claim Number 14-2 (D.E. #108), having no objections being heard, and having been advised the parties have reached an agreement, the court having considered the basis for the objection to the claim, and being otherwise duly advised in the premises, it is

**ORDERED** that RAUL MESA'S objection to the following claim is hereby **SUSTAINED** in part.

The claim is to be allowed but the Trustee is not to allow distribution and the Debtor is to make payments directly to Creditor, JP Morgan Chase Bank.

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Second Floor
Miami, FL 33126
(305) 266-1150 Phone

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).